790

No. 543. HINE v. RAGEN, WARDEN. January 14, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 551. BRANDON v. SMITH, SUPERINTENDENT. January 14, 1946. Petition for writ of certiorari to the Supreme Court of Washington denied.

No. 553. MINER v. RAGEN, WARDEN. January 14, 1946. Petition for writ of certiorari to the Criminal Court, Cook County, Illinois, denied.

No. 554. BUFORD v. RAGEN, WARDEN. January 14, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 555. McCANN v. UNITED STATES. January 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. Petitioner *pro se*. *Solicitor General McGrath, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 559. HUGGINS v. PENNSYLVANIA. January 14, 1946. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Mr. J. Harry Pershing* for petitioner.

No. 561. BREWER v. NIERSTHEIMER, WARDEN. January 14, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.